**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　Centric Brands Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-22637 (SHL)<br><br>(Jointly Administered) |

### STIPULATION AND AGREED ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

WHEREAS, on August 18, 2020, the above captioned debtors and debtors in possession (collectively the "Debtors") filed a motion (the "Motion")[2] seeking extension of the Exclusive Periods during which only the Debtors may file a chapter 11 plan for each Debtor, and to solicit acceptances thereof for each Debtor

WHEREAS, on August 25, 2020, the Committee timely filed Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit

---

[1] The Debtors in these chapter 11 cases, for which joint administration has been granted, along with the last four digits of their federal tax identification numbers, are as follows: Centric Brands Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035); F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innovo West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233).

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

Acceptances Thereof [ECF No. 550] (the "Objection") requesting that the Court deny the Debtors requested exclusivity extension; and

WHEREAS, no other party objected to the relief requested in the Motion prior to the Objection Deadline; and

WHEREAS, the Committee and the Debtors have reached a consensual resolution to extend the exclusivity period through the confirmation hearing of the Third Amended Joint Chapter 11 Plan of Reorganization of Centric Brands Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [ECF No. 417] and wish to stipulate to the terms of resolution thereof.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and among the Committee and the Debtors, through their undersigned counsel, and, upon Court approval hereof, it shall be ORDERED that:

1. The Debtors' Exclusive Filing Period shall be extended through October 1, 2020, which is the first regularly scheduled omnibus hearing date occurring after the hearing on confirmation of the Debtors' *Third Amended Joint Chapter 11 Plan of Reorganization of Centric Brands Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy* [Docket No. 417] (as may be further amended or modified, the "Plan").

2. The Debtors' Exclusive Solicitation Period shall be extended through the day that is sixty (60) days following the date on which the hearing on confirmation of the Debtors' *Third Amended Joint Chapter 11 Plan of Reorganization of Centric Brands Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy* [Docket No. 417] (as may be further amended or modified, the "Plan") is held.

3. Neither the Motion nor the Objection is withdrawn and they shall be heard on October 1, 2020 or the first omnibus hearing day after an order denying confirmation of the Plan is entered.

4. This Order is without prejudice to the Debtors' ability to seek further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 31, 2020 New York, New York

| ROPES & GRAY LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| /s/ Gregg M. Galardi<br>Gregg M. Galardi<br>Cristine Pirro Schwarzman<br>Daniel G. Egan<br>Emily Kehoe<br>Lindsay C. Lersner<br>1211 Avenue of the Americas<br>New York, New York 10035<br>Telephone: (212) 596-9000<br>Fax: (212) 596-9090<br>E-mail: gregg.galardi@ropesgray.com<br>cristine.schwarzman@ropesgray.com<br>daniel.egan@ropesgray.com<br>emily.kehoe@ropesgray.com<br>Counsel to the Debtors and<br>Debtors in Possession | /s/ Timothy W. Walsh<br>Timothy W. Walsh<br>Kristin K. Going<br>Andrew B. Kratenstein<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Fax: (212) 547-5444<br>E-mail: twwalsh@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>akratenstein@mwe.com<br>Counsel to the Official Committee of Unsecured Creditors |

SO ORDERED, this 3rd day of September, 2020

                                         */s/ Sean H. Lane*
                                         THE HONORABLE SEAN H. LANE
                                         UNITED STATES BANKRUPTCY JUDGE