**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------

|  |  |
|---|---|
| | : |
| *In re* | : Chapter 11 |
| | : Case No. 20-22637 (SHL) |
| Centric Brands Inc., *et. al.,*[1] | : Jointly Administered |
| | : |
| Debtors. | : <u>**Objection Deadline:** Jan. 7, 2021 at 4:00 p.m. (ET)</u> |
| | : |

--------------------------------------------------------

**SECOND INTERIM AND FINAL APPLICATION OF BERKELEY RESEARCH
GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICAL
COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD
<u>FROM JUNE 1, 2020 THROUGH OCTOBER 9, 2020</u>**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "<u>Committee</u>") |
| Date of Retention: | August 13, 2020 effective as of June 1, 2020 |
| Period for which *Interim* Compensation and Reimbursement is Sought: | July 1, 2020 through October 9, 2020 |
| Amount of *Interim* Compensation Sought as Actual, Reasonable and Necessary | $952,438.50[2] |
| Amount of *Interim* expense reimbursement sought as Actual, Reasonable, and Necessary: | <u>$9,258.00</u> |

---

[1] The Debtors in these chapter 11 cases for which joint administration has been granted, along with the last four digits of their federal tax identification numbers, are as follows: Centric Brands Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035); F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innova West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233).

[2] The Interim Fee Period and the Final Fee Period include time spent after the Effective Date under the Professional Retention/ Fee Application Preparation task code in preparation of monthly, interim, and final fee applications.

Total amount of *Interim* fees and expense
reimbursement sought as actual, reasonable,
and necessary:                                                    $961,696.50

Period for which *Final* compensation and
reimbursement is sought                                            June 1, 2020 through October 9, 2020

Amount of *Final* Compensation Sought as
Actual, Reasonable and Necessary:                                 $1,605,069.50

Amount of *Final* Expense Reimbursement
Sought as Actual, Reasonable and Necessary:                       $9,258.00

Amount of Agreed Upon Discount:                                   $(174,720.50)

Total Amount of *Final* Fees and Expense
Reimbursement Sought as Actual, Reasonable
and Necessary:                                                    **$1,439,607.00**

This is a(n): __ Monthly Application _X_ Interim Application _X_ Final Application

### Summary of Fee Statements and Applications Filed

| Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 8/26/2020 Dkt No. 555 | 6/1/2020 – 6/30/2020 | $652,631.00 | $0.00 | 10/16/2020 Dkt No. 698 | $652,631.00 | $0.00 | $0.00 |
| 9/29/2020 Dkt No 676 | 7/1/2020 – 7/31/2020 | $448,806.00 | $70.00 | N/A | $359,044.80 | $70.00 | $89,761.20 |
| 10/19/20 Dkt No. 699 | 8/1/2020 – 8/31/2020 | $335,688.50 | $9,188.00 | N/A | $268,550.00 | $9,188.00 | $67,137.70 |
| 12/7/2020 Dkt No. 748 | 9/1/2020 – 10/9/2020 | $167,944.00 | $0.00 | N/A | $0.00 | $0.00 | $167,944.00 |
| Agreed upon discount | 6/1/2020- 10/4/2020 | $(174,720.50) | | | | | $(174,720.50) |
| **Totals** | | **$1,430,349.00** | **$9,258.00** | | **$1,280,225.80** | **$9,258.00** | **$150,123.20** |

*[Remainder of this page left intentionally blank]*

**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Attachment A: Fees By Professional**

For the Period 7/1/2020 through 12/4/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Cowie | Director | $760.00 | 17.5 | $13,300.00 |
| B. Hulse | Managing Consultant | $625.00 | 149.6 | $93,500.00 |
| C. Goodrich | Director | $760.00 | 325.7 | $247,532.00 |
| C. Kearns | Managing Director | $1,095.00 | 65.2 | $71,394.00 |
| D. Galfus | Managing Director | $1,040.00 | 92.3 | $95,992.00 |
| D. Winters | Consultant | $415.00 | 23.9 | $9,918.50 |
| G. Koutouras | Managing Director | $795.00 | 8.1 | $6,439.50 |
| J. Coombs | Consultant | $415.00 | 80.5 | $33,407.50 |
| J. Dunn | Managing Director | $825.00 | 165.0 | $136,125.00 |
| J. Witkowski | Senior Associate | $365.00 | 362.9 | $132,458.50 |
| K. Hendry | Case Assistant | $180.00 | 10.7 | $1,926.00 |
| K. Jelinek | Managing Director | $995.00 | 5.5 | $5,472.50 |
| M. Haverkamp | Case Manager | $260.00 | 47.8 | $12,428.00 |
| N. Vazza | Case Assistant | $150.00 | 27.7 | $4,155.00 |
| Q. Liu | Senior Managing Consultant | $450.00 | 10.4 | $4,680.00 |
| R. Feygenson | Associate Director | $675.00 | 52.2 | $35,235.00 |
| S. Coulombe | Managing Director | $1,095.00 | 26.0 | $28,470.00 |
| S. Ream | Senior Associate | $350.00 | 56.6 | $19,810.00 |
| V. Triana | Case Assistant | $150.00 | 1.3 | $195.00 |

Berkeley Research Group, LLC

Invoice for the 7/1/2020 - 12/4/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| **Total** | | | **1,528.9** | **$952,438.50** |
| **Blended Rate** | | | | **$622.96** |

Berkeley Research Group, LLC

Invoice for the 7/1/2020 - 12/4/2020 Period

**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Attachment A: Fees By Professional**

## For the Period 6/1/2020 through 12/4/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Cowie | Director | $760.00 | 17.5 | $13,300.00 |
| B. Hulse | Managing Consultant | $625.00 | 253.8 | $158,625.00 |
| C. Goodrich | Director | $760.00 | 533.4 | $405,384.00 |
| C. Kearns | Managing Director | $1,095.00 | 79.4 | $86,943.00 |
| D. Galfus | Managing Director | $1,040.00 | 145.3 | $151,112.00 |
| D. Winters | Consultant | $415.00 | 42.9 | $17,803.50 |
| G. Koutouras | Managing Director | $795.00 | 13.8 | $10,971.00 |
| J. Coombs | Consultant | $415.00 | 153.8 | $63,827.00 |
| J. Dunn | Managing Director | $825.00 | 271.2 | $223,740.00 |
| J. Witkowski | Senior Associate | $365.00 | 462.9 | $168,958.50 |
| K. Hendry | Case Assistant | $180.00 | 10.7 | $1,926.00 |
| K. Jelinek | Managing Director | $995.00 | 13.5 | $13,432.50 |
| K. Ozuna | Associate | $280.00 | 2.0 | $560.00 |
| M. Galfus | Associate | $305.00 | 22.0 | $6,710.00 |
| M. Haverkamp | Case Manager | $260.00 | 56.7 | $14,742.00 |
| N. Lee | Associate | $250.00 | 0.7 | $175.00 |
| N. Vazza | Case Assistant | $150.00 | 27.7 | $4,155.00 |
| Q. Liu | Senior Managing Consultant | $450.00 | 31.0 | $13,950.00 |
| R. Duffy | Managing Director | $1,095.00 | 12.0 | $13,140.00 |
| R. Feygenson | Associate Director | $675.00 | 215.6 | $145,530.00 |
| S. Coulombe | Managing Director | $1,095.00 | 64.0 | $70,080.00 |

Berkeley Research Group, LLC

Invoice for the 6/1/2020 - 12/4/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| S. Ream | Senior Associate | $350.00 | 56.6 | $19,810.00 |
| V. Triana | Case Assistant | $150.00 | 1.3 | $195.00 |
| **Total** | | | **2,487.8** | **$1,605,069.50** |
| **Blended Rate** | | | | **$645.18** |

Berkeley Research Group, LLC

Invoice for the 6/1/2020 - 12/4/2020 Period

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

|  |  |
|---|---|
| *In re* | : Chapter 11 |
|  | : Case No. 20-22637 (SHL) |
| Centric Brands Inc., *et. al.,*[1] | : Jointly Administered |
|  | : |
| Debtors. | : **Objection Deadline: Jan. 7, 2021 at 4:00 p.m. (ET)** |
|  | : |

-------------------------------------------------------------

**SECOND INTERIM AND FINAL APPLICATION OF BERKELEY RESEARCH
GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICAL
COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD
FROM JUNE 1, 2020 THROUGH OCTOBER 9, 2020**

Berkeley Research Group, LLC ("BRG") financial advisor to the Official Committee of

Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors"), submits its second interim and final application (the "Application")

pursuant to sections 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule

2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New

York (the "Local Rules"), the Amended Guidelines for Fees and Disbursements for Professionals

in the Southern District of New York Bankruptcy Cases, dated January 29, 2013 (the "Local

Guidelines"), and the United States Trustee's Guidelines for Reviewing Applications for

---

[1] The Debtors in these chapter 11 cases for which joint administration has been granted, along with the last four digits of their federal tax identification numbers, are as follows: Centric Brands Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035); F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innova West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233).

Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines" and together with the Local Guidelines, the "Guidelines") seeking: (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period July 1, 2020 through October 9, 2020 (the "Interim Fee Period")[2], (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Interim Fee Period in the rendition of professional services on behalf of the Committee; (c) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period June 1, 2020 through October 9, 2020 (the "Final Fee Period"), and (d) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Final Fee Period in the rendition of professional services on behalf of the Committee.  In support of the Application, BRG respectfully states as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has subject matter jurisdiction to consider and determine the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The statutory bases for the relief requested herein are sections 105(a), 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

## BACKGROUND

2.      On May 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the Court. The

---

[2] As previously noted, the Interim Fee Period and the Final Fee Period include time spent after the Effective Date under the Professional Retention/ Fee Application Preparation task code in preparation of monthly, interim and final fee applications.

Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Cases. The Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

3. On May 27, 2020, the United States Trustee for the Southern District of New York (the "U.S. Trustee") selected the Committee members. The Committee is presently comprised of the following members: (i) Fireman Capital CPF Hudson Co-Invest LP; (ii) Li & Fung (Trading Ltd.; (iii) Simon Property Group Inc.; (iv) Trade Harvest Industrial Limited; and (v) Mr. Tony Chu.

4. On June 1, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected McDermott Will & Emery LLP ("MWE" or "Counsel") to serve as its legal counsel. The Court entered an order, authorizing the retention of BRG as financial advisor to the Committee *nunc pro tunc* to June 1, 2020 on August 13, 2020 [Docket No. 485] (the "Retention Order").

5. On June 11, 2020, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 185] (the "Interim Compensation Order"). This Application is made in accordance with the terms of the Interim Compensation Order.

6. On May 29, 2020, the Debtors filed their *Joint Chapter 11 Plan of Reorganization of Centric Brands Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* and the disclosure statement related thereto (as amended the "Plan" and "Disclosure Statement" respectively). The Debtors filed amendments to the Disclosure Statement on July 3, 2020 and July 16, 2020 and on July 17, 2020, the Court entered an order approving the Disclosure Statement. The Debtors also filed amendments to the Plan including on July 24, 2020 and September 12,

2020.  On September 21, 2020, the Court entered an order confirming the Plan.  The effective date of the Plan occurred on October 9, 2020 (the "Effective Date").

## PROFESSIONAL FEES AND DISBURSEMENTS

7.      By this Application, BRG seeks monthly allowance of fees in the amount of $952,438.50 for professional services rendered for and on behalf of the Committee during the Interim Fee Period and $9,258.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of the Interim Fee Period services.  BRG also seeks final allowance of fees in the amount of $1,605,069.50 for professional services rendered for and on behalf of the Committee during the Final Fee Period, and $9,258.00 for reimbursement of actual and necessary costs and expenses incurred in connection with the rendering of the Final Fee Period services, less the agreed upon discount of $174,720.50 for a total award of $1,439,607.00.

8.      During the Interim Fee Period BRG expended an aggregate of 1,528.9 hours at a blended hourly rate of $622.96 and during the Final Fee Period BRG expended an aggregate of 2,487.8 hours at a blended hourly rate of $645.18.

9.      Attached as **Exhibit B** are the summaries of the hours expended by BRG professionals for each category of services (task code) for the Interim and Final Fee Periods.

10.     Incorporated herein by reference are BRG's time records for all previous monthly and interim fee periods, as delineated in the **Summary of Fee Statements and Applications Filed** table above.

11.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  Attached as **Exhibit D** are the summary schedules of expenses incurred by category during the Interim and Final Fee Periods.

12.     The detailed expense records for all previous monthly and interim fee periods, as delineated in the **Summary of Fee Statements and Applications Filed** table above, are also

hereby incorporated by reference. The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. BRG has endeavored to minimize these expenses to the fullest extent possible.

## SUMMARY OF SERVICES RENDERED

13. BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround situations, due diligence, valuation, and capital markets, and document and data analytics to major law firms, businesses, including Fortune 500 corporations, government agencies, and regulatory bodies around the world.

14. Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

15. BRG submits that the interim and final fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.

16. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized sought to optimize

efficiencies and avoid redundant efforts. BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

17.     BRG's hourly rates for professionals of comparable experience, are at or below those of firms we consider our competitors.  We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

18.     No promises have been received by BRG nor any employee as to payment or compensation in connection with these cases other than in accordance with Section 504 of the Bankruptcy Code. Except for internal agreements among the employees of BRG regarding the sharing of revenue or compensation, neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

19.     BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred.  No travel time was charged or incurred during the Final Fee Period.

20.     The general summary of the services rendered by BRG during the Final Fee Period, based on tasks and number of hours is set forth below.

### Asset Acquisition/ Disposition – Task Code 01

21.     Time charged to this task code relates to BRG's analysis and review of the process to sell certain of the Debtors' assets, including bid and sale agreements and meeting with case professionals thereon.

22.     BRG expended 10.2 hours on this category for a fee of $8,217.50.

**DIP Financing – Task Code 04**

23.     Time charged to this task code relates to time spent by BRG in analyzing the terms of the DIP financing and the DIP forecast and budget as well as developing analyses and reports thereon. Specific tasks included, but were not limited to, (i) review and analysis of Debtors' DIP agreement and the terms thereof, (ii) evaluation of DIP pricing and terms against comparables, (iii) preparation of DIP analyses, presentations, and reports for the Committee, (iv) review and analysis of various first day motions against the DIP budget, and (v) communications with Counsel, the Committee and the Debtors' advisors thereon.

24.     BRG expended 171.2 hours on this category for a fee of $128,827.00.

**Professional Retention/ Fee Application Preparation – Task Code 05**

25.     Time charged to this task code relates to the development and review of BRG's retention application and related declaration, as well as the supplemental declaration. Additional time was spent preparing monthly fee statements for the months of February through August, as well as the first interim fee application and final fee application.

26.     BRG expended 119.3 hours on this category for a fee of $38,208.00.

**Attend Hearings/ Related Activities – Task Code 06**

27.     Time charged to this task code relates to time spent by BRG attending and preparing for various hearings on the DIP, Amended Disclosure Statement, professional retentions, exclusivity,

28.     BRG expended 7.7 hours on this category for a fee of $7,440.50.

**Interaction/ Meetings with Debtors/ Counsel – Task Code 07**

29.     Time charged to this task code primarily relates to participating in calls with the Debtors and their advisors relating to next steps with respect to these cases, including diligence request lists, motions, DIP forecast, cash flows, liquidation, investigation, Plan and Disclosure

Statement, and general case management. Additional time was spent reviewing and preparing materials for these calls and meetings, as well as updating financial and general diligence request lists for the Debtors.

30.     BRG expended 50.2 hours on this category for a fee of $40,549.50.

### Interaction/ Meetings with Creditors/ Counsel – Task Code 08

31.     Time charged to this task code relates to BRG's interactions with and advisory work for the Committee and its legal Counsel. Key topics of correspondence included the DIP, due diligence process, business plan, case work plans, projections, liquidity, operations, sale process, investigation, Plan and Disclosure Statement, claims, recoveries, and settlement status. Additional time was spent preparing materials for these calls and meetings, reviewing reports prepared for the Committee in advance of upcoming calls, and summarizing due diligence on various matters for Counsel.

32.     BRG expended 129.9 hours on this category for a fee of $121,515.50.

### Employee Issues/ KEIP – Task Code 09

33.     Time charged to this task code relates to time spent by BRG analyzing the Debtors' employee departures.

34.     BRG expended 1.5 hours on this category for a fee of $1,062.00.

### Recovery/ SubCon/ Lien Analysis – Task Code 10

35.     This task code relates to time spent by BRG developing a Restructuring Support Agreement recovery model, evaluating the lienholder claim arrangements, evaluating recoveries, developing recovery and liquidation analyses, reviewing the Debtors' liquidation analysis, and analyzing other issues impacting creditor recoveries.  Additional time was spent developing reporting to the Committee on recoveries and liquidation and communicated with various parties in interest regarding the same.

36. BRG expended 75.4 hours on this category for a fee of $56,417.50.

### Claim Analysis/ Accounting – Task Code 11

37. This task code relates to time spent by BRG analyzing the claims pool and developing reports related to various claims. Specific tasks included analyzing and reconciling various iterations of the claims pool, analyzing lease, 503(b)(9), vendor, lawsuit related, tax, and general unsecured claims, developing summaries and reports to the Committee regarding claims analysis and disposition, and corresponding with various parties in interest, including Counsel and the Debtors' advisors regarding the claims pool and the claims reconciliation.

38. BRG expended 128.1 hours on this category for a fee of $76,919.50.

### Statements and Schedules – Task Code 12

39. Time charged to this task code relates to time spent by BRG in analyzing the Debtors' Schedules of Assets and Liabilities ("SOAL") and Statement of Financial Affairs ("SOFA") and updates thereto. Specific tasks included analyzing various subsections of the SOFA and SOAL relating to payments, revenues, and claims; creating summary files for the SOFA and SOAL incorporating of all the Debtors, reconciling claims between the SOAL and filed claims detail, and drafting, updating, and reviewing SOFA and SOAL reports for the Committee.

40. BRG expended 105.4 hours on this category for a fee of $46,578.00.

### Executory Contracts/ Leases – Task Code 14

41. Time charged to this task code relates to time spent by BRG in analyzing the Debtors' lease, executory contract, and licenses detail, as well as agreement terminations and lease rejections and preparing related analyses. Additional time was spent corresponding with Counsel thereon.

42. BRG expended 17.2 hours on this category for a fee of $11,532.00.

### Analysis of Historical Results – Task Code 17

43.     Time charged to this task code relates to time spent by BRG analyzing the Debtors' historical financial information and related documents including reviewing and analyzing historical acquisitions for the Debtors.  Specific tasks included (i) analyzing financials and projections related to historical acquisitions, (ii) analyzing historical working capital and orders, (iii) developing diligence requests pertaining to historical transactions, (iv) reviewing and analyzing investigation related document productions, and (v) developed reporting for the Committee regarding the status and findings of the investigation.  Time was also spent communicating with Counsel as well as the Debtors' advisors related thereto.

44.     BRG expended 174.8 hours on this category for a fee of $117,873.50.

### Operating and Other Reports – Task Code 18

45.     Time charged to this task code relates to time spent by BRG preparing and editing broad multi-topic weekly status update reports and presentations for Counsel and the Committee and reviewing and analyzing the Debtors' near term operations.  Specific tasks included (i) analyzing the Debtors operations during the pandemic, (ii) developing and updating a wholesale order book analysis, (iii) analyzing the Debtors' ongoing operational results and developing reporting thereon, (iv) developing talking points and reporting regarding the historical transaction investigation, (v) incorporating liquidity and cash flow commentary into comprehensive updates, (vi) analyzing the Debtors' Monthly Operating Reports, and (vii) preparing and discussing the weekly updates to the Committee.

46.     BRG expended 305.4 hours on this category for a fee of $219,971.50.

### Cash Flow/Cash Management Liquidity – Task Code 19

47.     Time charged to this task code relates to analysis of the Debtors' cash flows and liquidity. Specific tasks included: (i) reviewing weekly liquidity, DIP cash flow forecast, and

actuals reports; (ii) preparing various cash flow and liquidity reports for the Committee; (iii) developing and updating a balance sheet variance analysis; (iv) analyzing the impacts on liquidity of settlements, financing, royalties, and claims; (v) analyzing the borrowing base; and (vii) analyzing near and long term liquidity.

48.     BRG expended 128.2 hours on this category for a fee of $94,719.50.

### Projections/ Business Plan/ Other – Task Code 20

49.     Time charged to this task code primary relates to BRG's review and analysis of data and documents related to Debtors' business plan including: (i) detailed business plan assumptions; (ii) operating expenses and possible reductions; (iii) sales by channel and brand, (iv) customer concentration; and (v) revenue and financial data. Additional time was spent creating, reviewing, and updating reports and presentations related to the business plan for Counsel and the Committee.

50.     BRG expended 219.2 hours on this category for a fee of $157,277.50.

### Preference/ Avoidance Actions – Task Code 22

51.     Time charged to this task code relates to time spent by analyzing potential preference actions and summarizing the same.

52.     BRG expended 2.5 hours on this category for a fee of $2,162.50.

### Tax Issues – Task Code 26

53.     Time charged to this task code relates to time spent by BRG reviewing the Debtors' tax related matters. Specific tasks included analyzing the implications of the Debtors' emergence plan, developing alternative tax structures at emergence, reviewing potential historical tax recoveries and preparing reporting to the Committee regarding current and alternative tax structures and potential outcomes as well as tax refunds.

54.     BRG expended 45.1 hours on this category for a fee of $26,059.00.

**Plan of Reorganization/ Disclosure Statement – Task Code 27**

55.     Time charged to this task code relates to time spent by BRG's review of Plan related issues impacting the Unsecured Creditors, including reviewing the Disclosure Statement and amendments thereto, reviewing the draft objection related to the Disclosure Statement, reviewing the Debtors' chapter 11 Plan, reviewing the liquidation analysis, analyzing the terms of the exit loan facilities, developing an analysis related thereto, reviewing the confirmation timeline, and participating in discussions with Counsel and other parties in interest related to the Disclosure Statement and Plan, the RSA, and related issues.

56.     BRG expended 114.5 hours on this category for a fee of $95,243.00.

**Exit Financing – Task Code 30**

57.     Time charged to this task code relates to time spent by BRG developing a model and various analyses related to the first lien exit term loan, including credit analysis, capital structure, and market analysis, as well as analyzing the proposed AR securitization facility including in comparison to the current facility.   Additional time was spent participating in discussions with the Debtors' advisors related thereto and preparing materials for Counsel and the Committee regarding these analyses and our conversations with the Debtors' advisors.

58.     BRG expended 79.0 hours on this category for a fee of $50,754.00.

**Planning – Task Code 31**

59.     Time charged to this task code relates to time spent by BRG developing work and staffing plans and reviewing documents related to those plans.

60.     BRG expended 9.0 hours on this category for a fee of $6,421.00.

**Document Review – Task Code 32**

61.     Time charged to this task code relates to time spent by BRG reviewing and analyzing Court filings and other case documents. Specific tasks included: (i) analyzing the

Debtors' first and second day motions and related filings; (ii) reviewing and summarizing the Customer Programs Motion and supporting documentation; and (iii) analyzing and indexing documents uploaded to the Debtors' data room.

62. BRG expended 41.6 hours on this category for a fee of $30,436.50.

### Vendor Management – Task Code 37

63. Time charged to this task code relates to time spent by BRG analyzing the Debtors' critical vendor program and the retention terms of the Debtors' professionals. Specific tasks included (i) analyzing the critical vendor motion and related payment proposals; (ii) compiling a dataset of investment banker fee comparables; (iii) analyzing the Debtors' professionals retention arrangements; (iv) preparing reporting to Counsel and the Committee on professional retentions; and (v) participating in calls with the Debtors' advisors regarding critical vendors and retentions.

64. BRG expended 121.6 hours on this category for a fee of $65,476.50.

### Business Transaction Investigation – Task Code 40

65. Time charged to this task code relates to BRG's review of documents related to the pending investigation and potential litigation. Specific tasks included: (i) reviewing documents provided regarding transactions and multiple rounds of discovery production; (ii) commenting on investigation protocol and structure; (iii) analyzing the Company's board minutes and presentations; (iv) indexing the discovery production; (v) analyzing the credit agreements and amendments thereto; (vi) preparing for and participating in the KPMG interview; (vii) analyzing the fairness opinion; (viii) preparing for and participating in depositions related to the investigation; (ix) analyzing various investigation related depositions; and (x) preparing, reviewing and editing solvency analysis and expert report.

66. BRG expended 427.2 hours on this category for a fee of $199,150.50.

## ACTUAL AND NECESSARY EXPENSES

67.     BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee during the Interim Fee Period in the amount of $9,258.00 and during the Final Fee Period in the amount of $9,258.00, as summarized above. BRG submits that such expenses were reasonable and were necessary to discharge its services and were in conformity with the Local Guidelines, and BRG respectfully requests reimbursement in full.

68.     Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters.  BRG endeavors to minimize these expenses to the fullest extent possible.

69.     BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because BRG charges each of its clients only for the costs actually incurred related to performing services for such client.  BRG endeavors to minimize these expenses to the fullest extent possible and does not consider such charges to constitute "overhead."

70.     In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service.  In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.  In seeking reimbursement for a service, which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## CERTIFICATION

71.     As required by the Guidelines, a certification that the facts set forth in this Application are true and correct, and that this Application complies substantially with the Guidelines, is attached hereto as **Exhibit A**, and made part of this Application.

## COMPLIANCE WITH GUIDELINES

72.     BRG believes that this Application substantially complies with the Guidelines.  To the extent there has not been material compliance with any particular rule or guideline, BRG respectfully requests a waiver or an opportunity to cure.

## NOTICE AND NO PRIOR APPLICATION

73.     Notice of this Application has been given, in accordance with the Interim Compensation Order. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

74.     This is BRG's second interim and final fee application pursuant to sections 330 and 331 of the Bankruptcy Code for allowance of fees and reimbursement of expenses in these Chapter 11 Cases.  Except as otherwise set forth herein, BRG has made no prior or other application to this or any other Court for the relief requested herein.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $952,438.50 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Interim Fee Period and (ii) reimbursement of $9,258.00 for reasonable, actual and necessary expenses incurred during the Interim Fee Period; (b) that it be allowed on a final basis (i) fees in the amount of $1,430,349.00[3] for professional services rendered to and on behalf of the Committee during the Final Fee Period and (ii) reimbursement of $9,258.00 for reasonable, actual and necessary expenses incurred during the Final Fee Period; (c) authorizing and directing the Debtors to immediately pay to BRG any allowed unpaid fees and expenses incurred during the Final Fee Period, and (d) granting such other and further relief as the Court may deem just and proper.

Date:   December 7, 2020                    Berkeley Research Group, LLC


                                            By  /s/ David Galfus
                                                David Galfus
                                                Managing Director
                                                250 Pehle Avenue, Suite 301
                                                Saddle Brook, NJ 07663
                                                201-587-7117

---

[3] The amount sought in this Application incorporates the discount agreed by each of the Committee Professionals, including BRG, in connection with the Final DIP Order.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

|   |   |   |
|---|---|---|
|   | : |   |
| *In re* | : | Chapter 11 |
|   | : | Case No. 20-22637 (SHL) |
| Centric Brands Inc., *et. al.,*[1] | : | Jointly Administered |
|   | : |   |
| Debtors. | : |   |
|   | : |   |

**CERTIFICATION OF FINANCIAL ADVISOR**

I, David Galfus, Managing Director of Berkeley Research Group, LLC ("BRG")[2], on behalf of BRG, as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify, pursuant to 28 U.S.C. § 1746, the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 29, 2013 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines"), as follows:

---

[1] The Debtors in these chapter 11 cases for which joint administration has been granted, along with the last four digits of their federal tax identification numbers, are as follows: Centric Brands Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035); F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innova West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page 1

1.      I am a Managing Director of BRG and the professional designated by the applicant, BRG, with responsibility in these chapter 11 cases of the Debtors, for compliance with the Guidelines.

2.      This certification is made in respect of the *Second Interim and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from June 1 2020 through October 9, 2020* (the "Application") which I have reviewed and further which has been prepared in accordance with the Guidelines.

3.      In respect of section A.1 of the Local Guidelines, I certify that:

(a) I have read the Application;

(b) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

(c) The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BRG and generally accepted by BRG's clients; and

(d) In providing a reimbursable service, BRG does not make a profit on that service, whether the service is performed by BRG in-house or through a third party.

4.      As required by Section A.2 of the Local Guidelines, I certify that the U.S. Trustee, Debtors, and chair of the Committee have been provided, within 21 days of the end of each month with a statement of fees and disbursements accrued for each month of the Fee Period.[3]

---

[3] BRG did not separately provide the Debtors, and the U.S. Trustee with the Application 14 days in advance in accordance with Section B.3 of the Local Guidelines. BRG believes that by timely filing monthly fee applications, sufficient notice of the fees and expenses described in the Application was given. The Committee has been provided with a copy of the Application before the filing of the Application and was timely kept advised of the amount of the fees and expenses.

5.      I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.


Dated:  __December 7, 2020_____
          New York, NY

                                                  _/s/ David Galfus_____
                                                  David Galfus

**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 7/1/2020 through 12/4/2020

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 10.2 | $8,217.50 |
| 04. DIP Financing | 22.5 | $16,236.00 |
| 05. Professional Retention/ Fee Application Preparation | 107.1 | $33,383.00 |
| 06. Attend Hearings/ Related Activities | 6.9 | $6,832.50 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 22.5 | $18,738.50 |
| 08. Interaction/ Meetings with Creditors/ Counsel | 89.8 | $84,483.00 |
| 09. Employee Issues/KEIP | 1.5 | $1,062.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 59.3 | $45,716.50 |
| 11. Claim Analysis/ Accounting | 122.6 | $73,406.00 |
| 12. Statements and Schedules | 43.6 | $20,958.00 |
| 14. Executory Contracts/ Leases | 8.3 | $5,457.00 |
| 17. Analysis of Historical Results | 148.0 | $97,773.00 |
| 18. Operating and Other Reports | 166.2 | $120,576.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 90.6 | $64,741.00 |
| 20. Projections/ Business Plan/ Other | 46.5 | $29,903.50 |
| 22. Preference/ Avoidance Actions | 6.1 | $4,420.00 |
| 26. Tax Issues | 17.8 | $11,217.50 |
| 27. Plan of Reorganization/ Disclosure Statement | 78.9 | $72,745.00 |
| 30. Exit Financing | 79.0 | $50,754.00 |

Berkeley Research Group, LLC

Invoice for the 7/1/2020 - 12/4/2020 Period

**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**

For the Period 6/1/2020 through 12/4/2020

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 10.2 | $8,217.50 |
| 04. DIP Financing | 171.2 | $128,827.00 |
| 05. Professional Retention/ Fee Application Preparation | 119.3 | $38,208.00 |
| 06. Attend Hearings/ Related Activities | 7.7 | $7,440.50 |
| 07. Interaction/ Meetings with Debtors/ Counsel | 50.2 | $40,549.50 |
| 08. Interaction/ Meetings with Creditors/ Counsel | 129.9 | $121,515.50 |
| 09. Employee Issues/KEIP | 1.5 | $1,062.00 |
| 10. Recovery/ SubCon/ Lien Analysis | 75.4 | $56,417.50 |
| 11. Claim Analysis/ Accounting | 128.1 | $76,919.50 |
| 12. Statements and Schedules | 105.4 | $46,578.00 |
| 14. Executory Contracts/ Leases | 17.2 | $11,532.00 |
| 17. Analysis of Historical Results | 174.8 | $117,873.50 |
| 18. Operating and Other Reports | 305.4 | $219,971.50 |
| 19. Cash Flow/Cash Management/ Liquidity | 128.2 | $94,719.50 |
| 20. Projections/ Business Plan/ Other | 219.2 | $157,277.50 |
| 22. Preference/ Avoidance Actions | 6.1 | $4,420.00 |
| 26. Tax Issues | 45.1 | $26,059.00 |
| 27. Plan of Reorganization/ Disclosure Statement | 114.5 | $95,243.00 |
| 30. Exit Financing | 79.0 | $50,754.00 |

Berkeley Research Group, LLC

Invoice for the 6/1/2020 - 12/4/2020 Period

| Task Code | Hours | Fees |
|---|---|---|
| 31. Planning | 9.0 | $6,421.00 |
| 32. Document Review | 41.6 | $30,436.50 |
| 37. Vendor Management | 121.6 | $65,476.50 |
| 40. Business Transaction Investigation | 427.2 | $199,150.50 |
| **Total** | **2,487.8** | **$1,605,069.50** |
| **Blended Rate** | | **$645.18** |

Berkeley Research Group, LLC

Invoice for the 6/1/2020 - 12/4/2020 Period

| Task Code | Hours | Fees |
|---|---|---|
| 31. Planning | 3.7 | $2,787.50 |
| 32. Document Review | 1.4 | $1,222.50 |
| 40. Business Transaction Investigation | 396.4 | $181,808.00 |
| **Total** | **1,528.9** | **$952,438.50** |
| **Blended Rate** | | **$622.96** |

Berkeley Research Group, LLC

Invoice for the 7/1/2020 - 12/4/2020 Period



**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 7/1/2020 through 10/9/2020

| Expense Category | Amount |
|---|---:|
| 11. Telephone, Fax  and Internet | $140.00 |
| 22. Subcontracted Services | $9,118.00 |
| **Total Expenses for the Period 7/1/2020 through 10/9/2020** | **$9,258.00** |

Berkeley Research Group, LLC

Invoice for the 7/1/2020 - 10/9/2020 Period

**In re: Centric Brands Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 6/1/2020 through 10/9/2020

| Expense Category | Amount |
|---|---:|
| 11. Telephone, Fax  and Internet | $140.00 |
| 22. Subcontracted Services | $9,118.00 |
| **Total Expenses for the Period 6/1/2020 through 10/9/2020** | **$9,258.00** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Second Interim and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from June 1, 2020 Through October 9, 2020* was served (i) on December 7, 2020, upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, (ii) on December 7, 2020, upon the Additional E-mail Notice Parties (Non-ECF) listed below via electronic mail at the addresses noted herein, (iii) on December 8, 2020, upon the U.S. Mail Notice Parties listed below via first class U.S. Mail, postage prepaid at the addresses noted herein, and (iv) on December 8, 2020, upon the Overnight Delivery Notice Parties listed below via overnight delivery at the addresses noted herein.

/s/ Timothy W. Walsh

1

Additional E-mail Notice Parties (Non-ECF)

Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110
Attn: Julia Frost-Davies and Laura McCarthy
E-mail: julia.frost-davies@morganlewis.com;
laura.mccarthy@morganlewis.com

Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Attn: Catherine Ng
E-mail: cng@nixonpeabody.com

State of New York Attorney General
Attn: Bankruptcy Dept.
Department of Law
The Capitol 2nd Floor
Albany, New York 12224-0341
E-mail: Louis.Testa@ag.ny.gov

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036
Attn: Philip C. Dublin and Brad M. Kahn
E-mail: pdublin@akingump.com;
bkahn@akingump.com

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Carl I. Stapen
One New York Plaza
New York, New York 10004
E-mail: carl.stapen@friedfrank.com

Ballard Spahr LLP
Attn: Leslie C. Heilman
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
E-mail: heilmanl@ballardspahr.com

Mayer Brown LLP
Attn: Dabin Chung
1221 Avenue of the Americas
New York, New York 10020
E-mail: dchung@mayerbrown.com

Morrison & Foerster LLP
Attn: Erica J. Richards
250 West 55th Street
New York, New York 10019-9601
E-mail: ERichards@mofo.com

The Rosner Law Group LLC
Attn: Zhao (Ruby) Liu
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
E-mail: liu@teamrosner.com

Kudman Trachten Aloe LLP
Attn: Paul H. Aloe
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
E-mail: paloe@kudmanlaw.com

Heike M. Vogel
Eric H. Horn
Vogel Bach & Horn LLP
30 Broad Street
14th Floor
New York, New York 10004
E-mail: hvogel@aystrauss.com;
ehorn@aystrauss.com

Ernie Zachary Park
Bewley, Lassleben & Miller LLP
13215 E. Penn Street
Suite 510
Whittier, California 90602
E-mail: ernie.park@bewleylaw.com

2

Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Ian R. Winters
200 West 41st Street, 17th Floor
New York, New York 10036-7023
E-mail: iwinters@klestadt.com

Lewis Brisbois
633 West 5th Street, Suite 400
Los Angeles, CA 90071
Attn: Scott Lee
E-mail: scott.lee@lewisbrisbois.com

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission – NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
E-mail:
bankruptcynoticeschr@sec.gov

Securities and Exchange Commission – Headquarters
Attn: Secretary of the Treasury
100 F Street, NE
Washington, DC 20549
E-mail: secbankruptcy@sec.gov;
NYROBankruptcy@sec.gov

Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Attn: Nicholas J. LePore III
E-mail: nlepore@schnader.com

3

U.S. Mail Notice Parties

New York Department of Taxation and
Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office for the
Southern District of New York
Attn: U.S. Attorney
300 Quarropas Street, Room 248
White Plains, New York 10601-4150

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, Pennsylvania 19104-5016

Overnight Delivery Notice Parties

Centric Brands Inc.
350 Fifth Avenue
New York, New York 10118
Attn: Andrew Tarshis

Andrea B. Schwartz
[HOME ADDRESS REDACTED]

4