**In re: Centric Brands LLC**
**Reorganized Debtor**

**Case No.** 20-22637
**Reporting Period:** 1/1/2021-3/31/2021

**Post Confirmation Quarterly Report**
**For the Period Ending March 31, 2021**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements by Legal Entity and Trustee Fees | 1 | X | |
| Schedule of Bank Account Balances | 2 | X | |
| Schedule of Plan Disbursements and Professional Fees | 3 | X | |
| Declaration Regarding Schedule of Cash Disbursement | 4 | X | |
| Declaration of Status Bank Reconciliation | 5 | X | |
| Questionnaire | 6 | X | |

The Operating Report has been prepared solely for the purpose of complying with the reporting requirements applicable in the Reorganized Debtor's chapter 11 case and is in a format acceptable by the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

I declare under penalty of perjury (28 U.S.C. §1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*/s/ Anurup Pruthi*
Signature of Authorized Individual

4/15/2021
Date

Anurup Pruthi
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

**In re: Centric Brands LLC** **Case No.** 20-22637
**Reorganized Debtor** **Reporting Period:** 1/1/2021-3/31/2021

**ATTACHMENT 1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**(US Dollars)**

| Debtor | Case Number | Cash Receipts 1/1-3/31 (1) | Disbursements 1/1 - 3/31 (1) |
|---|---|---|---|
| Centric Brands LLC | 20-22637 | - | 2,023,820.34 |
| **Total** | | **$ -** | **$ 2,023,820.34** |

Note
*(1) Disbursements for Reorganized Debtor 20-22637, Centric Brands LLC includes both (1) post-emergence unallocated direct payments and (2) all Administrative, Priority, Secured, and Unsecured (if any) payments made by the Reorganized Debtor.*

**In re: Centric Brands LLC**
**Reorganized Debtor**

**Case No.** 20-22637
**Reporting Period:** 1/1/2021-3/31/2021

**SCHEDULE OF QUARTERLY TRUSTEE FEES**
**(US Dollars)**

| Entity | Case Number | Disbursements 1/1 - 3/31 [(1)] | Quarterly Fee |
|---|---|---|---|
| Centric Brands LLC | 20-22637 | 2,023,820.34 | 20,238.20 |
| **Total** | | **$ 2,023,820.34** | **$ 20,238.20** |

Note
*(1) Disbursements for Reorganized Debtor 20-22637, Centric Brands LLC includes both (1) post-emergence unallocated direct payments and (2) all Administrative, Priority, Secured, and Unsecured (if any) payments made by the Reorganized Debtor.*

**In re: Centric Brands LLC** **Case No.** 20-22637
**Reorganized Debtor** **Reporting Period:** 1/1/2021-3/31/2021

**ATTACHMENT 2 BANK ACCOUNT SCHEDULES**
**(US Dollars in Thousands)**

| Debtor | Bank Name | Account Description | Acct Number (last 4 digits only) | GL Balance 3/31/2021 |
|---|---|---|---|---|
| Centric Brands LLC | PNC | LC Account | 6921 | 0.01 |
| Centric Brands LLC | PNC | LC Account | 1712 | - |
| **Total** | | | | **$ 0.01** |

Note

*(1) Information is presented above for the Corporate Bank Accounts for Reorganized Debtor 20-22637. Balances are as of March 31,2021. Copies of Bank Statements and Cash Disbursement journals were not included with the post-confirmation quarterly operating report, as these items will be made available upon request.*
*(2) The Reorganized Debtor has no Investment Accounts.*

**In re: Centric Brands LLC**
**Reorganized Debtor**

**Case No.** 20-22637
**Reporting Period:** 1/1/2021-3/31/2021

**ATTACHMENT 3 SCHEDULE OF PLAN DISBURSEMENTS & PROFESSIONAL FEES**

| | Paid During Period | Post Confirmation Total to Date |
|---|---|---|
| **1. Administrative Expenses** | | |
| Attorney Fees | $ 396,767.35 | $ 14,839,450.13 |
| Other Professionals | 1,397,746.26 | 17,527,501.68 |
| Other Administrative Expenses | 229,306.73 | 653,529.34 |
| **Total Administrative Expenses** | 2,023,820.34 | 33,020,481.15 |
| **2. Secured Creditors** | - | 1,901,000.00 |
| **3. Unsecured Creditors** | - | 5,800,000.00 |
| **4. Other** (1) | - | 29,454,834.77 |
| **Total Plan Payments** | **$ 2,023,820.34** | **$ 70,176,315.92** |

Note
*(1) Includes Executory Contract Cures, Settlements, and Capital Raising Fees.*

**In re: Centric Brands LLC** **Case No.** 20-22637
**Reorganized Debtor** **Reporting Period:** 1/1/2021-3/31/2021

## ATTACHMENT 4 DECLARATION REGARDING THE SCHEDULE OF DISBURSEMENTS

For the Period Ended March 31, 2021
Anurup Pruthi hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Financial Officer of Centric Brands LLC. In that capacity, I am familiar with the above-captioned successor to the debtor and debtor-in-possession's (the "Reorganized Debtor") day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Reogranized Debtor.

2. The Reorganized Debtor submits this Declaration regarding cash disbursements in lieu of providing copies of the cash disbursements schedules.

3. All statements in this Declaration are true and correct to the best of my knowledge, based on my review of the relevant documents, my discussions with other employees of the Reorganized Debtor, or my opinion based upon my experience and knowledge of the Reorganized Debtor's operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

4. The Reorganized Debtor has disbursed approximately $2.0M for post-petition amounts and pre-petition amounts payable under one or more orders entered by the Bankruptcy Court for the period of January 1, 2021 through March 31, 2021. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Dated: April 15th, 2021 Respectfully submitted,

*/s/ Anurup Pruthi*
By: Anurup Pruthi
Title: Chief Financial Officer

| | |
|---|---|
| **In re: Centric Brands LLC** | **Case No.** 20-22637 |
| **Reorganized Debtor** | **Reporting Period:** 1/1/2021-3/31/2021 |

**ATTACHMENT 5 DECLARATION REGARDING THE STATUS OF BANK RECONCILIATION OF THE REORGANIZED DEBTOR**

For the Period Ended March 31, 2021
Anurup Pruthi hereby declares under penalty of perjury:

1. I am Chief Financial Officer of Centric Brands LLC In that capacity, I am familiar with the above-captioned successor to the debtor's and debtor-in-possession's ( the "Reorganized Debtor") day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Reorganized Debtor.

2. All statements in this Declaration are true and correct to the best of my knowledge, based on my review of the relevant documents, my discussions with other employees of the Reorganized Debtor, or my opinion based upon my experience and knowledge of the Reorganized Debtor's operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

3. To the best of my knowledge, all of the Reorganized Debtor's bank balances as of March 31, 2021 have been reconciled in an accurate and timely manner.

Dated: April 15, 2021

Respectfully submitted,

*/s/ Anurup Pruthi*
By: Anurup Pruthi
Title: Chief Financial Officer

**In re: Centric Brands LLC** **Case No.** 20-22637
**Reorganized Debtor** **Reporting Period:** 1/1/2021-3/31/2021

**ATTACHMENT 6 QUESTIONNAIRE**

| | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Are any post-confirmation sales or payroll taxes past due? | | X |
| Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| Is the Debtor delinquent in the timely filing of any post-confirmation plan payments? | | X |

| Insurance Information [1] | | |
|---|---|---|
| | **Yes** | **No** |
| Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation and other necessary insurance coverage in effect? | X | |
| Are all premium payments current? | X | |

Note
*(1) All insurance policies are available upon request.*